**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALEJANDRO A. MANZO,            )
                               )
       Petitioner,             )       2:10-cv-01422-PMP-PAL
                               )
vs.                            )       **ORDER**
                               )
BRIAN WILLIAMS, *et al.*,      )
                               )
       Respondents.            )
_____/

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

**IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new petition in a new action. The Clerk of the Court shall enter judgment accordingly.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same. Petitioner may file a new action, but may not file additional documents in this action.

DATED: August 31, 2010.

_____
PHILIP M. PRO
United States District Judge